UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Todd M. Horstkotte

    v.                                      Civil No. 08-cv-285-JL

NH Department of
Corrections, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the initial fee is waived due to negative account balance. Thereafter, 20% of each preceding month's income credited to plaintiff's account to be remitted when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:    July 22, 2008

cc:    Todd M. Horstkotte
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts