UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Todd M. Horstkotte</u>

      v.            Civil No. 08-cv-285-JL

<u>NH Department of Corrections, Commissioner et al</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 16, 2009, no objection having been filed.

SO ORDERED.

February 10, 2009         _____
                  Joseph N. Laplante
                  United States District Judge

cc: Todd M. Horstkotte, Pro se
   Deborah B. Weissbard, Esq.